### 8845

#### GERMOFERT MFG. CO. v. DELLENEY.

(81 S. E. 667.)

PLEADINGS. SHAM.

Defense of fraud in action for purchase money of fertilizers sold, *held* to be improperly stricken out as sham under *Germofert Fertilizer Co.* v. *Castles, supra.*

Before Gage, J., Winnsboro, January, 1914.    Reversed.

Action by Germofert Fertilizer Company against T. E. Delleney for recovery of purchase price of fertilizers sold. From an order striking out defense of fraud in answer, the defendant appeals.

*Messrs. Hanahan & Taylor,* for appellant.

*Messrs. Nathans & Sinkler,* for respondent.

May 6, 1914.

The opinion of the Court was delivered by Mr. Chief Justice Gary.

This case is controlled by the principles announced in the cases of *Germofert Mfg. Co.* v. *S. F. Castles,* 81 S. E. 665, and *Germofert Mfg. Co.* v. *A. Lee Scruggs, infra,* in which the opinions have just been filed.

Order reversed.